IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
───────────────────────────────────────────────────────────────

FOREMOST FARMS USA, COOPERATIVE,

                    Plaintiff,

   v.

DIAMOND V MILLS, INC.,

                    Defendant.

ORDER

16-cv-551-jdp

───────────────────────────────────────────────────────────────

      The court has reviewed the parties' pretrial submissions and compiled the attached drafts of the voir dire questions and opening jury instructions. The court will take limited argument from the parties on these drafts at the final pretrial conference and revise them afterward.

      At the final pretrial conference, the court will provide its preliminary rulings on the parties' pretrial motions and address the trial schedule, format, and other trial management issues. After that, the court will issue a final pretrial conference order, along with the draft closing jury instructions and verdict forms, which are subject to the court's rulings on some of the pretrial motions.

      One last point. Diamond V moves to substitute Diamond V Mills, LLC, as the defendant. Dkt. 191. Diamond V's motion is granted.

      Entered February 27, 2018.

                                  BY THE COURT:

                                  /s/
                                  _____
                                  JAMES D. PETERSON
                                  District Judge